# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1954 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 85 DB 2013 |
| v. | : | |
| | : | Attorney Registration No. 82067 |
| ANTHONY M. CRANE, | : | |
| Respondent | : | (Philadelphia) |
| | : | |
| | : | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 29th day of January, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated December 1, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Anthony M. Crane is suspended on consent from the Bar of this Commonwealth for a period of three years retroactive to August 10, 2013, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.